UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EMURSIVE LLC,

                              Plaintiff,

                -against-                        25-CV-8561 (VEC)

FROM THE UNDERGROUND TO                  ORDER
OVERGROUND LLC, OBERON GROUP, LLC,
CENTAUR PROPERTIES, LLC, MEANRED
PRODUCTIONS LLC, and WILLIAM ETUNDI
JR.

                            Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2025, the parties appeared for a hearing on Plaintiff's Emergency Motion for a Preliminary Injunction and Temporary Restraining Order, Dkt. 5.

IT IS HEREBY ORDERED that, for the reasons described at the hearing, Plaintiff's Emergency Motion for a Preliminary Injunction and Temporary Restraining Order is DENIED. The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 5.

IT IS FURTHER ORDERED that, not later than **Friday, October 31, 2025**, the parties must file a joint letter proposing appropriate next steps in this case.

**SO ORDERED.**

Date:  October 22, 2025
         New York, New York

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**