

Peraino Malinowski LLP

**MEMO ENDORSED**

Simon I. Malinowski
(646) 360-4328
smalinowski@pmlaw.nyc

December 2, 2025

**Via Pacer**

Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2025

RE:    CASE NO.: 1:25-CV-08561, EMURSIVE LLC V. FROM THE UNDERGROUND TO OVERGROUND LLC ET AL.

Dear Judge Caproni:

As you are aware, this firm represents Emursive LLC ("**Emursive**"). The purpose of this letter is to request an adjournment of the initial conference currently scheduled this Friday, December 5, 2025, at 10:00 AM. Emursive proposes that the initial conference be rescheduled to the morning of Friday, December 12, 2025. The reason for the adjournment is a scheduling conflict on the part of the undersigned counsel.

The undersigned counsel attempted to confer with Defendants' counsel by phone and by email, but Defendants' counsel did not respond. This is Emursive's first request for an adjournment of the initial conference.

Thank you for your attention to this matter. Please reach out to my office if you have any questions.

Very truly yours,

/s/ Simon I. Malinowski
Simon I. Malinowski, Esq.

**cc:** *Via Pacer*

Richard A. Portale, Esq.
Portale Randazzo LLP
245 Main Street, Suite 605
White Plains, NY 10601
(914) 221-0354

Application DENIED WITHOUT PREJUDICE to Plaintiff re-filing the request after it has conferred with Defendants about an agreeable alternative date for the conference.

SO ORDERED.

*[signature]* Valerie Caproni

12/2/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE