

Simon I. Malinowski
(646) 360-4328
smalinowski@pmlaw.nyc

**MEMO ENDORSED**

December 3, 2025

**Via Pacer**

Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/3/2025

RE: CASE NO.: 1:25-CV-08561, EMURSIVE LLC V. FROM THE UNDERGROUND TO OVERGROUND LLC ET AL.

Dear Judge Caproni:

As you are aware, this firm represents Emursive LLC ("**Emursive**"). Emursive, on behalf of itself and Defendants From The Underground to Overground LLC, Oberon Group, LLC, Centaur Properties LLC, Meanred Productions LLC, and William Etundi Jr. (together, "**Defendants**") submits this joint letter to request an adjournment of the initial conference currently scheduled this Friday, December 5, 2025, at 10:00 AM. The parties jointly propose that the initial conference be rescheduled to the morning of Friday, December 19, 2025.

The reason for the adjournment is a scheduling conflict.

Thank you for your attention to this matter. Please reach out to my office if you have any questions.

Very truly yours,

/s/ Simon I. Malinowski
Simon I. Malinowski, Esq.

/s/Richard A. Portale
Richard A. Portale, Esq.
Portale Randazzo LLP
245 Main Street, Suite 605
White Plains, NY 10601
(914) 221-0354

Application GRANTED. The initial pretrial conference is ADJOURNED to **Friday, December 19, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007

SO ORDERED.

*Valerie Caproni* 12/3/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE