UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

EMURSIVE LLC,                                                   :
                                                               :
                                                               :
                                     Plaintiff,                :
                                                               :
                    -against-                                  :            25-CV-8561 (VEC)
                                                               :
FROM THE UNDERGROUND TO                                        :                 ORDER
OVERGROUND LLC, OBERON GROUP, LLC,                             :
CENTAUR PROPERTIES, LLC, MEANRED                              :
PRODUCTIONS LLC, and WILLIAM ETUNDI                           :
JR.                                                            :
                                                               :
                                                               :
                                                               :
                                     Defendants.               :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2025, the parties appeared for an initial pretrial conference.

IT IS HEREBY ORDERED that Defendants must answer or otherwise respond to the

Complaint not later than **Friday, January 2, 2026**.

IT IS FURTHER ORDERED that, not later than **Friday, January 9, 2026**, the parties

must file a joint letter explaining how they plan to address any issues about claims of privilege or

of protection as trial-preparation materials, consistent with Rule 26(f)(3)(D).

IT IS FURTHER ORDERED that the parties must appear for a post-fact discovery

conference on **Friday, April 10, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick

Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The pre-conference joint

letter is due **Thursday, April 2, 2026**.

**SO ORDERED.**

**Date:  December 19, 2025**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**