**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EMURSIVE LLC,

                        Plaintiff,                    **25 Civ. No. 08561 (VEC)**

           -against-                         **PRE-SETTLEMENT**
                                          **CONFERENCE ORDER**

FROM THE UNDERGROUND TO
OVERGROUND LLC, *et al.,*

                        Defendants.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, April 15, 2026 at 12:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 710 546 256#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
             April 10, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge