**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EMURSIVE LLC,

                     Plaintiff,

        -against-

FROM THE UNDERGROUND TO
OVERGROUND LLC, *et al.,*

                    Defendants.
------------------------------------------------------------------X

**25 Civ. No. 8561 (VEC)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, May 20, 2026 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Wednesday, May 13, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
             April 15, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge