UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EMURSIVE LLC, Plaintiff, | : | |
| -against- | : | 25-CV-8561 (VEC) |
| OBERON FALLS LLC, CENTAUR PROPERTIES, LLC, and MEANRED PRODUCTIONS LLC, Defendants. | : | <u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 14, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that not later than **Friday, August 21, 2026**, Plaintiff must, by letter filed on ECF, advise the Court of its intent to continue its prosecution of claims against Defendant Meanred Productions LLC, or otherwise file a proposed order of dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS HEREBY FURTHER ORDERED that Defendants must file a joint letter brief of no more than five (5) pages supporting their anticipated motion to compel: (1) production of Mr. Etundi's declaration that was provided to Plaintiff (hereafter "Etundi Declaration"); (2) documents and communications concerning the Etundi Declaration; (3) the settlement agreement entered into between Plaintiff, Mr. Etundi, and From the Underground to Overground LLC ("FTUTO"); and (4) documents concerning the aforementioned settlement agreement. This

letter brief shall be filed not later than **Friday, August 21, 2026**. Plaintiff's opposition, which must also be no more than five (5) pages, must be filed not later than **Friday, August 28, 2026**.

IT IS HEREBY FURTHER ORDERED that the Parties are ordered to meet and confer regarding purported deficiencies in the privilege logs exchanged or owed by the Parties. Such meet and confer must occur on or before **Monday, August 31, 2026**.

IT IS HEREBY FURTHER ORDERED that the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff's corporate representative must occur on or before **Monday, August 31, 2026**.

IT IS HEREBY FURTHER ORDERED that the deposition(s) and any document discovery served on now-third-parties Mr. Etundi and FTUTO must be completed not later than **Wednesday, September 30, 2026**.

IT IS HEREBY FURTHER ORDERED that the close of fact discovery is ADJOURNED to **Wednesday, September 30, 2026**. If it becomes apparent to the Parties that such deadline is not feasible for any reason, the Parties are ordered to notify the Court as soon as practicable by letter filed on ECF.

IT IS HEREBY FURTHER ORDERED that the deadline to complete expert discovery in this matter is ADJOURNED *sine die*.

IT IS HEREBY FURTHER ORDERED that a post-fact discovery conference is scheduled for **Friday, October 9, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The parties must submit their joint letter in advance of the conference on **Thursday, October 1, 2026**. For the contents of the joint letter, please see Dkt. 42.

**SO ORDERED.**

**Date: August 17, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**