UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EMURSIVE LLC,

*Plaintiff,*

*-against-*

OBERON GROUP, LLC; CENTAUR PROPERTIES, LLC; and MEANRED PRODUCTIONS LLC,

*Defendants.*
------------------------------------------------------------------x

**Case No.: 1:25-cv-08561-VEC**

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims asserted by Emursive LLC against Meanred Productions LLC in this action are hereby dismissed without prejudice.

**SO ORDERED:**

Valerie Caproni
_______________________________
HON. VALERIE E. CAPRONI, U.S.D.J.
Dated: September 2, 2026