UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMURSIVE LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CENTAUR PROPERTIES, LLC,<br><br>Defendant. | 25-CV-8561 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS, on October 9, 2026, the parties appeared for a post-fact discovery conference.

IT IS HEREBY ORDERED that, apart from the Parties' pending motion to compel before Magistrate Judge Stein, *see* Dkt. 87, fact discovery is now CLOSED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is due no later than **November 6, 2026**. Plaintiff's response to Defendant's Motion is due **December 4, 2026**. Defendant's reply in support of its Motion is due **December 18, 2026**.

IT IS FURTHER ORDERED that the Parties are directed to the Undersigned's Individual Practices in Civil Cases Rule 4(G) and Local Rule 56.1 in preparing their Motion and responses. Failure to comply with these Individual Practices or the Local Rules may result in the Parties' filings being stricken and this matter proceeding directly to trial.

**SO ORDERED.**

**Date: October 9, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**