PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

**MEMO ENDORSED**

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

November 9, 2026

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

Honorable Valerie E. Caproni
United States District Court, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***Emursive LLC v. Oberon Falls LLC et al.,*** **Case No.: 1:25-CV-08561 (S.D.N.Y.)**

Dear Judge Caproni:

We represent Defendant Centaur Properties LLC ("Centaur Properties") in the above-referenced action. Plaintiff Emursive LLC ("Emursive") requested that we file under seal Exhibits 3, 4, 5, 6, 14, 24, 25, and 40 (the “Sealed Exhibits) to the Declaration of Jonathan P. Gordon, dated November 9, 2026 (ECF No. 121) (the "Gordon Declaration"). Emursive had requested that these documents be filed under seal and indicated that it understood that the Court had granted that request when it entered the Stipulated Protective Order (ECF No. 120) and that it was designating these documents as confidential.

A copy of Emursive’s letter filed pursuant to Rule 5(B)(ii) of the Court's Individual Practices in Civil Cases requesting to file these documents under seal is attached hereto as **Exhibit A.** Centaur Properties does not oppose this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

***/s/ Jonathan Gordon***

Jonathan Gordon

cc: Counsel of record (via ECF)

Application GRANTED. The Court finds that the materials to be filed in redacted form or under seal are "judicial documents" to which the common law right of public access attaches. *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006)). The weight of that presumption is moderate, and the Court finds that the Plaintiff has met its burden in demonstrating that the interests in protecting the personal financial information of its investors and its own confidential commercial and financial information outweigh the presumption.

SO ORDERED.

11/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE